SACKETT COAL COMPANY, Respondent, v. THE LINK REALTY AND CONSTRUCTION COMPANY and Others, Defendants, and THE LINKEN REALTY

CORPORATION, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.